| | |
|---|---|
| GARY R. CUSHINBERRY,<br><br>Plaintiff,<br><br>v.<br><br>SERGEANT PATRICK VINSON, et al.,<br><br>Defendants. | Case No.: 17cv1794-MMA (KSC)<br><br>**ORDER GRANTING UNOPPOSED MOTION TO DISMISS**<br><br>[Doc. No. 7] |

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

Plaintiff Gary R. Cushinberry filed this action against Defendants Sergeant Patrick Vinson, the San Diego Police Department, and the City of San Diego, California (collectively, "Defendants"). *See* Doc. No. 1. On October 25, 2017, Defendants filed a motion to dismiss Plaintiff's complaint pursuant to Federal Rule of Civil Procedure 12(b)(6). *See* Doc. No. 7. The Court set the motion for hearing on December 4, 2017, meaning that Plaintiff was required to file a response in opposition to the motion or before November 20, 2017. *See* Civ. L.R. 7.1.e.2 (stating that "each party opposing a motion . . . must file that opposition or statement of non-opposition . . . not later than fourteen (14) *calendar* days prior to the noticed hearing"). Plaintiff has not yet filed an opposition brief or statement of non-opposition in response to Defendants' motion to dismiss. *See* Docket.

The Ninth Circuit has held that a district court may grant an unopposed motion to dismiss where a local rule permits, but does not require, it to do so. *See generally*, *Ghazali v. Moran*, 46 F.3d 52, 53 (9th Cir. 1995). Here, Civil Local Rule 7.1.f.3.c provides, "[i]f an opposing party fails to file the papers in the manner required by Civil Local Rule 7.1.e.2, that failure may constitute a consent to the granting of a motion or other request for ruling by the court." As such, the Court has the option of granting Defendants' motion to dismiss on the basis of Plaintiff's failure to oppose.[1] Generally, public policy favors disposition of cases on their merits. *See Hernandez v. City of El Monte*, 138 F.3d 393, 399 (9th Cir. 1998). However, a case cannot move forward toward resolution on the merits when the plaintiff fails to defend his complaint against a motion to dismiss. Accordingly, the Court **GRANTS** Defendants' unopposed motion to dismiss [Doc. No. 7], and **DISMISSES** Plaintiff's claims without prejudice. The Clerk of Court is instructed to close this case.

**IT IS SO ORDERED**.

Dated: December 12, 2017

Hon. Michael M. Anello
United States District Judge

---

[1] Plaintiff's failure to comply with the provisions of Civil Local Rule 7.1.e.2 also constitutes a failure to comply with the provisions of this Court's Local Rules, which serves as an additional basis for dismissal under Civil Local Rule 41.1.b.

2

17cv1794-MMA (KSC)